UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80584-CIV-RYSKAMP/VITUNAC

MICHAEL GREENBERG,

    Plaintiff,

vs.

SUNRISE CREDIT SERVICES, INC.,

    Defendant.
_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court pursuant to Plaintiff's June 15, 2011 **[DE 5]** notice of voluntary dismissal with prejudice. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE. The Court of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 20th day of June, 2011.

                                          S/Kenneth L Ryskamp
                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE